UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH RAY BRADFORD

VERSUS

KENNETH RAY BRADFORD

MISCELLANEOUS ACTION

NO. 20-119-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 2) dated September 25, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion for Writ of Execution, filed by Kenneth Ray Bradford, is DENIED.

**IT IS FURTHER ORDERED** that an Order pursuant to 28 U.S.C. § 1651 barring Plaintiff from filing any future suits or actions without first obtaining leave from a judge of this Court shall be issued.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 19, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**